RENE L. VALLADARES
Federal Public Defender
Nevada State Bar No. 11479
BRENDA WEKSLER
Assistant Federal Public Defender
Nevada State Bar No. 8124
411 E. Bonneville, Ste. 250
Las Vegas, Nevada 89101
(702) 388-6577/Phone
(702) 388-6261/Fax
Brenda_Weksler@fd.org

Attorney for Lonnie Jones

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LONNIE JONES,<br><br>Defendant. | Case No. 2:18-MJ-308-GWF<br><br>**STIPULATION TO CONTINUE PRELIMINARY HEARING**<br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Dayle Elieson, United States Attorney, and Brandon Jaroch, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Brenda Weksler, Assistant Federal Public Defender, counsel for Lonnie Jones, that the Preliminary Hearing currently scheduled on March 28, 2018, be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Undersigned counsel has been out of the jurisdiction since being assigned to this case and needs additional time to meet and confer with her client.

2. Defendant is incarcerated and does not object to a continuance.

3. Additionally, denial of this request for continuance could result in a miscarriage of justice.

This is the first request for continuance filed herein.

DATED this 21st day of March, 2018.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | DAYLE ELIESON<br>United States Attorney |
| */s/ Brenda Weksler*<br>By_____<br>BRENDA WEKSLER<br>Assistant Federal Public Defender | */s/ Brandon Jaroch*<br>By_____<br>BRANDON JAROCH<br>Assistant United States Attorney |

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

LONNIE JONES,

    Defendant.

Case No. 2:18-MJ-308-GWF

**ORDER**

Based on the Stipulation of counsel and good cause appearing,

IT IS THEREFORE ORDERED that the Preliminary Hearing currently scheduled on March 28, 2018 at the hour of 4:00 p.m., be vacated and continued to __May 1, 2018____ at the hour of 4:00 pm.

DATED this 22nd day of March, 2018.

_____
UNITED STATES MAGISTRATE JUDGE