DAYLE ELIESON
United States Attorney
District of Nevada
BRANDON C. JAROCH
Assistant United States Attorney
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
702-388-6336
brandon.jaroch@usdoj.gov

Attorney for the United States

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:18-mj-308-GWF |
| Plaintiff, | Stipulation to Continue Preliminary Hearing Date (Third Request) |
| vs. | |
| LONNIE JONES, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED, by and between DAYLE ELIESON, United States Attorney, BRANDON C. JAROCH, Assistant United States Attorney, counsel for the United States of America and BRENDA WEKSLER, counsel for the defendant LONNIE JONES:

THAT THE PRELIMINARY HEARING CURRENTLY SCHEDULED FOR June 4, 2018, at 4:00 p.m., before Magistrate Judge George Foley, Jr., be vacated and set to a time convenient for the Court, but no later than 30 days from the current setting.

This Stipulation is entered into for the following reasons:

1. The parties have entered into a pre-indictment plea agreement and require additional time to allow the District Court to set a change of plea hearing.

2. The defendant is incarcerated and does not object to a continuance.

3. Denial of this request for continuance could result in a miscarriage of justice.

4. This is the third request for a continuance of the preliminary hearing.

Dated this 29th day of May, 2018.

                                    Respectfully Submitted,

                                    DAYLE ELIESON
                                    United States Attorney

                                    */s/ Brandon C. Jaroch*
                                    BRANDON C. JAROCH
                                    Assistant United States Attorney

                                    */s/ Brenda Weksler*
                                    BRENDA WEKSLER, AFPD
                                    Counsel for JONES

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>LONNIE JONES,<br><br>    Defendant. | Case No.: 2:18-mj-308-GWF<br><br>Stipulation to Continue Preliminary Hearing Date (Third Request) |

Based on the Stipulation of counsel and good cause appearing,

IT IS ORDERED that the Preliminary Hearing, currently scheduled for June 4, 2018, at 4:00 p.m., be vacated and continued to July 9, 2018, at 4:00 p.m.

DATED this 30th day of May, 2018.

_____
HONORABLE GEORGE FOLEY, Jr.
UNITED STATES MAGISTRATE JUDGE